No. 90–6259. VICTOR v. NEBRASKA. Sup. Ct. Neb.;
No. 90–6578. WASHINGTON v. ARIZONA. Sup. Ct. Ariz.;
No. 90–6639. DAVIS v. ALABAMA. Sup. Ct. Ala.;
No. 90–6640. CALDWELL v. TENNESSEE. Sup. Ct. Tenn.;
No. 90–6682. THOMAS v. ILLINOIS. Sup. Ct. Ill.;
No. 90–6711. LANDRUM v. OHIO. Sup. Ct. Ohio; and
No. 90–6739. WILLIAMS v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied. Reported below: No. 90–6259, 235 Neb. 770, 457 N. W. 2d 431; No. 90–6578, 165 Ariz. 51, 796 P. 2d 853; No. 90–6639, 554 So. 2d 1111; No. 90–6682, 137 Ill. 2d 500, 561 N. E. 2d 57; No. 90–6711, 53 Ohio St. 3d 107, 559 N. E. 2d 710; No. 90–6739, 912 F. 2d 924.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.